391 P.2d 425

**David Lawrence PETERSON, Petitioner,**

v.

**Harold A. COX, Warden, Penitentiary of New Mexico, Respondent.**

**No. 60 HC.**

Supreme Court of New Mexico.

April 23, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted and the petition for writ of mandamus be and the same is hereby denied.

391 P.2d 425

**Otto THOMPSON, Petitioner,**

v.

**The FIRST JUDICIAL DISTRICT COURT, Santa Fe, New Mexico, Respondent.**

**No. 61 HC.**

Supreme Court of New Mexico.

April 23, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of mandamus be and the same is hereby denied for the reason that Judge Scarborough has already acted on the matter in District Court.

391 P.2d 425

**Everett R. DOWNING, Petitioner,**

v.

**Harold A. COX, Warden of New Mexico State Penitentiary and the First Judicial District Court of Santa Fe County, New Mexico, Respondents.**

**No. 62 HC.**

Supreme Court of New Mexico.

April 23, 1964.

COMPTON, Chief Justice, and CARMODY, CHAVEZ, NOBLE and MOISE, Justices, concurring.

Ordered that the request for free process be and the same is hereby granted, and the petition for writ of injunction be and the same is hereby denied.